**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| ALIZA M. GUNTANG, ) | Case No: 12-20506-CMB |
| ) | |
| Debtor. ) | Chapter 13 |
| ) | |
| ALIZA M. GUNTANG, ) | |
| ) | |
| Movant, ) | Related to Document No.: 101, 102 |
| ) | |
| v. ) | Hearing Date: 11/16/2016 |
| ) | |
| RONDA J. WINNECOUR, Trustee, ) | Hearing Time: 10:00 AM |
| ) | |
| Respondent. ) | Response Deadline: 11/07/2016 |

### CERTIFICATE OF SERVICE OF MOTION TO CONVERT CASE TO CHAPTER 7 AND NOTICE SETTING HEARING

I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on October 20, 2016. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

***Service by First-Class Mail:***

Aliza M. Guntang
122 Pleaure Valley Lane
Slippery Rock, PA 16057

CitiMortgage, Inc.
P.O. Box 688971
Des Moines, IA 50368-8971

AAFES/MIL STAR/EXCHANGE
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas TX 75374

ACS/US/Bank/Brazos
2600 Washington Avenue
Waco, TX 76710

Advantage Assets II Inc
7322 Southwest Frwy Ste 1600
Houston TX 77074

AES/PHEAA
PO Box 8147
Harrisburg PA 17105

Alliance One
1684 Woodlands Dr Ste 150
Maumee, OH 43537

Ally Financial
c/o Ally Servicing LLC
P.O. Box 130424
Roseville, MN 55113

Ally Financial
P.O. Box 380901
Minneapolis, MN 55438

American Education Services
P.O. Box 2461
Harrisburg, PA 17105-2461

American Express
P.O. Box 981537
El Paso, TX 79998

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

American Home Mortgage
P.O. Box 3050
Columbia, MD 21045

Army Airforce Exchange Credit (AAFES)
HQ AAFES
3911 S. Walton Walker Blvd.
Dallas, TX 75236

Asset Acceptance Corp.
P.O. Box 1630
Warren, MI 48090

Bank of America
P.O. Box 15026
Wilmington, DE 19850

BB&T Bank
223 W. Nash St.
Wilson, NC 27893

Bill Me Later
Correspondence
PO Box 2394
Omaha, NE 68103-2394

Brazos Higher Education
c/o ACS
501 Bleeker
Utica, NY 13501

Butler Imaging
One Hospital Way
Butler, PA 16001

Butler Memorial Hospital
Billing Department
911 East Brady Street
Butler, PA 16001

Butler Pathology Associates
PO Box 1549
Butler, PA 16003-1549

Candica, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121

Capital One Bank
P.O. Box 5155
Norcross, GA 30091

Capital One Bank
P.O. Box 5155
Norcross, GA 30091

Chartway FCU
160 Newtown Rd.
Virginia Beach, VA 23462

Chase Home Finance
3415 Vision Drive
Columbus, OH 43219

Citibank
1000 Technology Drive
MS 504A
O Fallon, MO 63368

Citimortgage
P.O. Box 183040
Columbus, OH 43218-3040

CITIMORTGAGE INC
PO Box 6030
Sioux Falls, SD 57117-6030

Collect Corp.
455 North 3rd St
Phoenix, AZ 85004

Collection Service Center
200 S. McKean St.
Butler, PA 16001

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Discover Platinum Card
P.O. Box 15316
Wilmington, DE 19850-5316

Diversified Collections
P.O. Box 200
Greensburg, PA 15601

Dominion Virginia Power
P.O. Box 26666
Richmond, VA 23261

ECMC
P.O. Box 75906
St. Paul, MN 55175

Enhanced Recovery Co., LLC
8014 Bayberry Rd
Jacksonville, FL 32256

FIA CARD SERVICES, N.A.
PO Box 15102
Wilmington, DE 19886-5102

GECRB/Sam's Club
PO Box 965005
Orlando, FL 32896

GEMBPPSM (Pay Pal)
PO Box 965005
Orlando, FL 32896

Harvard Collection Servc
4839 N. Elston Ave
Chicago, IL 60630-2534

Home Depot/Citibank
PO Box 6497
Sioux Falls, SD 57117

LTD Financial Services
7322 Southwest Fwy, Ste 1600
Houston, TX 77074

MidFirst Bank
999 NW Grand Blvd., Ste 100
Oklahoma City, OK 73118

NCO Credit Services/51
507 Prudential Rd
Horsham, PA 19044

OAK HARBOR CAPITAL IV, LLC
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

One West Bank
6900 Beatrice Dr.
Kalamazoo, MI 49009

PA Dept. of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128-0946

Penn Credit Corp.
P.O. Box 988
Harrisburg, PA 17108-0988

Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk VA 23541

Preferred Auto Credit Exchange
1019 Lawrence Ave
Ellwood City, PA 16117

Sun Trust Mortgage
PO Box 85526
Henrico, VA 23288

TALBOTS
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374

Tate and Kirlin Associates
2810 Southampton Rd
Philadelphia, PA 19154

The Spine Group
2416 Virginia Beach Blvd.
Virginia Beach, VA 23454

Wage Tax Officer
110 Campus Lane
Butler, PA 16001

**Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):**

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Joshua I. Goldman**
MidFirst Bank
jgoldman@kmllawgroup.com

**Andrew F Gornall**
MidFirst Bank
agornall@goldbecklaw.com

Executed on: October 20, 2016

___/s/_Dai_Rosenblum,_Esq.___
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dailaw@earthlink.net