UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

In re:

ALIZA M. GUNTANG

Debtor(s)

Case No. 12-20506CMB

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/03/2012.

2) The plan was confirmed on 05/18/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 09/26/2012, 01/03/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 10/24/2016.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 57.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $45,173.53.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $134,645.78 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$134,645.78** |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,100.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,684.71 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$6,784.71** |
| Attorney fees paid and disclosed by debtor: | $1,000.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAFES/MIL STAR/EXCHANGE | Unsecured | 5,044.00 | 3,663.21 | 3,663.21 | 1,766.31 | 0.00 |
| ADVANTAGE ASSETS II INC | Unsecured | 2,513.00 | 2,513.35 | 2,513.35 | 1,211.89 | 0.00 |
| ALLIANCE ONE | Unsecured | 1,157.00 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL(*) | Unsecured | 7,942.00 | 7,942.26 | 7,942.26 | 3,829.60 | 0.00 |
| AMERICAN EXPRESS CENTURION I | Unsecured | 1,057.00 | 1,057.83 | 1,057.83 | 497.30 | 0.00 |
| AMERICAN EXPRESS CENTURION I | Unsecured | 5,404.00 | 5,404.30 | 5,404.30 | 2,605.84 | 0.00 |
| AMERICAN HOME MRTG SVCNG IN | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HOME MRTG SVCNG IN | Secured | NA | NA | NA | 0.00 | 0.00 |
| BBNT/BB&T/SCSR 1ST VA BANK SW | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| BRAZOS HIGHER EDUCATN SVC CO | Unsecured | 1,716.11 | NA | NA | 0.00 | 0.00 |
| CANDICA LLC | Unsecured | 7,337.13 | 7,337.13 | 7,337.13 | 3,537.81 | 0.00 |
| CHARTWAY FCU | Secured | NA | NA | NA | 0.00 | 0.00 |
| CHARTWAY FCU | Unsecured | 1,166.00 | NA | NA | 0.00 | 0.00 |
| CHARTWAY FCU | Unsecured | 74,515.00 | 74,514.53 | 74,514.53 | 35,929.37 | 0.00 |
| CHASE HOME FINANCE | Unsecured | 148,226.00 | NA | NA | 0.00 | 0.00 |
| CHASE HOME FINANCE | Secured | NA | NA | NA | 0.00 | 0.00 |
| CITIBANK NA(*) | Secured | NA | NA | NA | 0.00 | 0.00 |
| CITIBANK NA(*) | Unsecured | 62,771.00 | NA | NA | 0.00 | 0.00 |
| COLLECT CORP | Unsecured | 851.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 4,878.00 | 4,878.16 | 4,878.16 | 2,352.15 | 0.00 |
| DIVERSIFIED COLLECTION SERV++ | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| ECMC(*) | Unsecured | NA | 1,255.39 | 1,255.39 | 605.32 | 0.00 |
| ENHANCED RECOVERY CORP++ | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| GECC/SAMS CLUB++ | Unsecured | 1,003.00 | NA | NA | 0.00 | 0.00 |
| GMAC FINANCIAL NOW ALLY FIN/ | Secured | NA | NA | NA | 0.00 | 0.00 |
| MIDFIRST BANK SSB* | Secured | 128,000.00 | 126,552.05 | 0.00 | 54,879.55 | 0.00 |
| MIDFIRST BANK SSB* | Secured | 0.00 | 2,807.35 | 2,807.35 | 2,807.35 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*) | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL LLC | Unsecured | 1,552.00 | 1,552.09 | 1,552.09 | 748.39 | 0.00 |
| ONE WEST BANK FSB | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ONE WEST BANK FSB | Secured | NA | NA | NA | 0.00 | 0.00 |
| ONE WEST BANK FSB | Secured | NA | NA | NA | 0.00 | 0.00 |
| ONE WEST BANK FSB | Secured | NA | NA | NA | 0.00 | 0.00 |
| ONE WEST BANK FSB | Secured | NA | NA | NA | 0.00 | 0.00 |
| ONE WEST BANK FSB | Secured | NA | NA | NA | 0.00 | 0.00 |
| ONE WEST BANK FSB | Secured | NA | NA | NA | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 408.00 | NA | 931.00 | 931.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 523.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 820.00 | 820.24 | 820.24 | 385.61 | 0.00 |
| PREFERRED AUTO CREDIT/PACE | Secured | 9,656.05 | 9,561.81 | 9,561.81 | 9,561.81 | 2,140.68 |
| SLIPPERY ROCK TOWNSHIP (EIT) | Priority | 558.92 | NA | 1,322.00 | 1,322.00 | 0.00 |
| SUN TRUST MORTGAGE | Secured | NA | NA | NA | 0.00 | 0.00 |
| SUN TRUST MORTGAGE | Secured | NA | NA | NA | 0.00 | 0.00 |
| SUN TRUST MORTGAGE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| TALBOTS | Unsecured | 1,162.00 | 834.08 | 834.08 | 392.11 | 0.00 |
| TATE & KIRLIN ASSOC | Unsecured | 1,054.33 | NA | NA | 0.00 | 0.00 |
| THE SPINE GROUP | Unsecured | 1,211.00 | NA | NA | 0.00 | 0.00 |
| WAGE TAX OFFICER | Priority | 763.08 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $54,879.55 | $0.00 |
| Mortgage Arrearage | $2,807.35 | $2,807.35 | $0.00 |
| Debt Secured by Vehicle | $9,561.81 | $9,561.81 | $2,140.68 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$12,369.16** | **$67,248.71** | **$2,140.68** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,253.00 | $2,253.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,253.00** | **$2,253.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$111,772.57** | **$53,861.70** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $6,784.71 |
| Disbursements to Creditors | $125,504.09 |
| **TOTAL DISBURSEMENTS** : | **$132,288.80** |

    12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/27/2016                 By: /s/ Ronda J. Winnecour
                                                               Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**