# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | ) |
| ALIZA M. GUNTANG, | ) Bankruptcy No.: 12-20506-CMB |
| | ) |
| Debtor. | ) Chapter: 7 |
| | ) |
| ALIZA M. GUNTANG | ) |
| | ) Hearing Date: 11/28/2016  2:00 PM |
| Movant, | ) |
| | ) Document No.: 118 |
| v. | ) |
| | ) |
| NO RESPONDENT. | ) |
| | ) |
| ROSEMARY C. CRAWORD, Trustee. | ) |

**SCHEDULE OF ALL UNPAID DEBTS INCURRED AFTER COMMENCEMENT OF CHAPTER 13 CASE AND BEFORE CONVERSION**

NONE

November 7, 2016

Respectfully submitted,

 /s/Dai Rosenblum,Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dailaw@earthlink.net

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: ) | |
| ) | |
| ALIZA M. GUNTANG, ) | Bankruptcy No.: 12-20506-CMB |
| ) | |
| Debtor. ) | Chapter: 7 |
| ) | |
| ALIZA M. GUNTANG ) | |
| ) | Hearing Date: 11/28/2016  2:00 PM |
| Movant, ) | |
| ) | Document No.: 118 |
| v. ) | |
| ) | |
| NO RESPONDENT. ) | |
| ) | |
| ROSEMARY C. CRAWORD, Trustee. ) | |

**SCHEDULE OF ALL EXECUTORY CONTRACTS ENTERED INTO AFTER COMMENCEMENT OF CHAPTER 13 CASE AND BEFORE CONVERSION**

NONE

November 7, 2016

Respectfully submitted,

 /s/Dai Rosenblum,Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dailaw@earthlink.net

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | ) |
| | ) |
| ALIZA M. GUNTANG, | ) Bankruptcy No.: 12-20506-CMB |
| | ) |
|       Debtor. | ) Chapter: 7 |
| | ) |
| ALIZA M. GUNTANG | ) |
| | ) Hearing Date: 11/28/2016  2:00 PM |
|       Movant, | ) |
| | ) Document No.: 118 |
|       v. | ) |
| | ) |
| NO RESPONDENT. | ) |
| | ) |
| ROSEMARY C. CRAWORD, Trustee. | ) |

**SCHEDULE OF ALL NEW PROPERTY ACQUIRED AFTER COMMENCEMENT OF CHAPTER 13 CASE AND BEFORE CONVERSION**

NONE

November 7, 2016

                Respectfully submitted,

                /s/Dai Rosenblum,Esq.
                Dai Rosenblum, Esquire
                Suite B,  254 New Castle Road
                Butler, PA 16001-2529
                724-283-2900    Pa. ID# 31802
                dailaw@earthlink.net