**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ALIZA M. GUNTANG

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:12-20506 CMB

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/03/2012 and confirmed on 05/18/2012. The case was subsequently   (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 135,861.33 |
| Less Refunds to Debtor | 3,572.53 | |
| TOTAL AMOUNT OF PLAN FUND | | 132,288.80 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,100.00 | |
|     Trustee Fee | 4,684.71 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,784.71 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   GMAC FINANCIAL NOW ALLY FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXMMER | | | | |
|   AMERICAN HOME MRTG SVCNG INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXCOVE | | | | |
|   CHARTWAY FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXCOVE | | | | |
|   CHASE HOME FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXX AVE | | | | |
|   CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXG RD | | | | |
|   SUN TRUST MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX AVE | | | | |
|   SUN TRUST MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXRACE | | | | |
|   ONE WEST BANK FSB | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXN DR | | | | |
|   ONE WEST BANK FSB | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXT ST | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| ONE WEST BANK FSB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXX AVE | | | | |
| ONE WEST BANK FSB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXREET | | | | |
| ONE WEST BANK FSB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXX AVE | | | | |
| ONE WEST BANK FSB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXG RD | | | | |
| PREFERRED AUTO CREDIT/PACE | 9,561.81 | 9,561.81 | 2,140.68 | 11,702.49 |
| Acct: 1884 | | | | |
| MIDFIRST BANK SSB* | 0.00 | 54,879.55 | 0.00 | 54,879.55 |
| Acct: XXXXXXXX3/12 | | | | |
| MIDFIRST BANK SSB* | 2,807.35 | 2,807.35 | 0.00 | 2,807.35 |
| Acct: XXXXXXXXX2/12 | | | | |
| | | | | 69,389.39 |
| **Priority** | | | | |
| DAI ROSENBLUM ESQ | 2,100.00 | 2,100.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALIZA M. GUNTANG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALIZA M. GUNTANG | 3,572.53 | 3,572.53 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 931.00 | 931.00 | 0.00 | 931.00 |
| Acct: XXXXXXXXX9-10 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX: 10 | | | | |
| SLIPPERY ROCK TOWNSHIP (EIT) | 1,322.00 | 1,322.00 | 0.00 | 1,322.00 |
| Acct: XXXXXXXXX9-10 | | | | |
| WAGE TAX OFFICER++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX: 10 | | | | |
| | | | | 2,253.00 |
| **Unsecured** | | | | |
| BRAZOS HIGHER EDUCATN SVC CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX1884 | | | | |
| ECMC(*) | 1,255.39 | 605.32 | 0.00 | 605.32 |
| Acct: NONE | | | | |
| ALLIANCE ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX0512 | | | | |
| ALLY FINANCIAL(*) | 7,942.26 | 3,829.60 | 0.00 | 3,829.60 |
| Acct: 4892 | | | | |
| AMERICAN EXPRESS CENTURION BNK | 1,057.83 | 497.30 | 0.00 | 497.30 |
| Acct: 3004 | | | | |
| AMERICAN EXPRESS CENTURION BNK | 5,404.30 | 2,605.84 | 0.00 | 2,605.84 |
| Acct: 2008 | | | | |
| AMERICAN HOME MRTG SVCNG INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXX2866 | | | | |
| AAFES/MIL STAR/EXCHANGE | 3,663.21 | 1,766.31 | 0.00 | 1,766.31 |
| Acct: 1884 | | | | |
| CANDICA LLC | 7,337.13 | 3,537.81 | 0.00 | 3,537.81 |
| Acct: 4894 | | | | |
| BBNT/BB&T/SCSR 1ST VA BANK SW* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXX1001 | | | | |
| OAK HARBOR CAPITAL LLC | 1,552.09 | 748.39 | 0.00 | 748.39 |
| Acct: 8246 | | | | |
| CHARTWAY FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX4581 | | | | |
| CHARTWAY FCU | 74,514.53 | 35,929.37 | 0.00 | 35,929.37 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 4582 | | | | |
| CHASE HOME FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXX7122 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX5858 | | | | |
| COLLECT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX1813 | | | | |
| DISCOVER BANK(*) | 4,878.16 | 2,352.15 | 0.00 | 2,352.15 |
| Acct: 3090 | | | | |
| DIVERSIFIED COLLECTION SERV++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| ENHANCED RECOVERY CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX5291 | | | | |
| GECC/SAMS CLUB++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXX8942 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 820.24 | 385.61 | 0.00 | 385.61 |
| Acct: 8619 | | | | |
| ADVANTAGE ASSETS II INC | 2,513.35 | 1,211.89 | 0.00 | 1,211.89 |
| Acct: 7080 | | | | |
| NCO FINANCIAL SYSTEMS INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX8344 | | | | |
| ONE WEST BANK FSB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXIOUS | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX9814 | | | | |
| SUN TRUST MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX2705 | | | | |
| TALBOTS | 834.08 | 392.11 | 0.00 | 392.11 |
| Acct: 5481 | | | | |
| TATE & KIRLIN ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| THE SPINE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4067 | | | | |
| | | | | 53,861.70 |

TOTAL PAID TO CREDITORS                                                                             125,504.09

TOTAL CLAIMED
PRIORITY           2,253.00
SECURED           12,369.16
UNSECURED        111.772.57

Date: 12/08/2016                                                                /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com